THE TEXAS COMPANY, Appellant, v. ESSANARR GARAGE CORPORATION, Respondent.— Order so far as appealed from affirmed, with twenty dollars costs and disbursements. No opinion. The bill of particulars to be served within twenty days from service of order. Present — Finch, P. J., Martin, O'Malley and Townley, JJ.

In the Matter of THE BANK OF UNITED STATES, in Liquidation. In the Matter of the Application of THE SUPERINTENDENT OF BANKS, for a Determination of Priority of Payment of Claims Pursuant to Section 78 of the Banking Law. Claim of Bank of America National Association No. 4–6165.†— Order reversed, with twenty dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

RADIO CORPORATION OF AMERICA, Appellant, v. CABLE RADIO TUBE CORPORATION, Respondent.— Order modified by excising from the first paragraph designated " C " the words " and the terms and conditions of said licenses," and also striking out the first paragraph designated " E." The production and use of the books and papers required by the order will be subject to the direction of the justice presiding at Special Term, Part II, to the end that plaintiff will not be compelled to disclose trade secrets, and special agreements, except in so far as may be necessary to support the items of the examination ordered. As so modified affirmed, without costs. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

THE BANK OF AMERICA NATIONAL ASSOCIATION, Appellant, v. IRA HAUPT and Others, Respondents, and THE NATIONAL SURETY COMPANY, Appellant.— Judgment so far as appealed from modified by providing that the dismissal of the plaintiff's complaint against the defendants Ira Haupt, Lloyd P. Phillips and Harold S. Stonehill, copartners, etc., is for failure of proof and not upon the merits, and as so modified affirmed, with costs to the defendants, respondents, against the plaintiff. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

SARAH JACOBSON, Appellant, v. METROPOLITAN NEWS COMPANY, INC., Respondent.— Order affirmed, with twenty dollars costs and disbursements. (See Locker v. American Tobacco Company, 121 App. Div. 443; affd. on opinion below, 195 N. Y. 565.) Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

In the Matter of SAMUEL L. GAPPELBERG, an Attorney.— Motion for leave to appeal to the Court of Appeals and for a stay denied. Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ.

---

* Appeal dismissed, 263 N. Y. 661.　　　† Affd., 264 N. Y. ——.